STATE OF NEW JERSEY v. MICHAEL McCLOSKEY.

September 2, 1981.

Petition for certification granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Edwards v. Arizona,* 451 *U.S.* 477, 101 *S.Ct.* 1880, 68 *L.Ed.*2d 378 (1981).

STATE OF NEW JERSEY v. JAMES MONROE.

September 2, 1981.

Petition for certification denied.

STATE IN THE INTEREST OF D. L.

September 2, 1981.

Petition for certification denied.

STATE OF NEW JERSEY v. HERBERT FLEISCHER.

September 2, 1981.

Petition for certification denied.